# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ELLIOTT, et al., | Case No. 1:17-cv-01214-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES |
| v. | |
| ROBERT ROSS, et al., | (ECF No. 32) |
| Defendants. | |

On January 11, 2019, the parties filed a stipulation to extend the expert discovery deadlines in this action. Accordingly, IT IS HEREBY ORDERED that the deadlines in the January 17, 2018 scheduling order are amended as follows:

1. Expert disclosures: January 25, 2019
2. Supplemental expert disclosures: February 8, 2019
3. Expert discovery: March 25, 2019
4. All other aspects of the January 17, 2018 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **January 11, 2019**

UNITED STATES MAGISTRATE JUDGE

1