# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ELLIOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT ROSS, et al., <br><br> Defendants. | Case No. 1:17-cv-01214-LJO-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF EXPERT DISCOVERY CUTOFF <br><br> (ECF No. 34) |

On March 25, 2019, the parties filed a stipulation to extend the expert discovery cutoff date in this action to allow for the completion of settlement negotiations prior to completing depositions. Accordingly, IT IS HEREBY ORDERED that the deadlines in the January 17, 2018 scheduling order are amended as follows:

1.. Expert discovery cutoff: May 10, 2019; and
2. All other aspects of the January 17, 2018 scheduling order, as modified on January 14, 2019 (ECF No. 33), remain in effect.

IT IS SO ORDERED.

Dated: **March 26, 2019**

UNITED STATES MAGISTRATE JUDGE

1