# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ELLIOTT, et al., | Case No. 1:17-cv-01214-LJO-SAB |
| Plaintiffs, | ORDER DIRECTING DEFENDANTS TO FILE A STATEMENT OF NON-OPPOSITION OR OPPOSITION WITHIN SEVEN DAYS |
| v. | |
| ROBERT ROSS, et al., | |
| Defendants. | (ECF No. 37) |

On March 29, 2019, Plaintiffs filed an ex parte motion for substitution of the real party in interest due to the fact that Dominic Elliott, formerly a minor represented through a guardian in this action, has now reached the age of eighteen. (ECF No. 37.) Defendants are HEREBY ORDERED to file an opposition or statement of non-opposition to Plaintiffs' motion within seven (7) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:    **April 1, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1