# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ELLIOTT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT ROSS, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01214-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 55)<br><br>THIRTY-DAY DEADLINE |

On June 12, 2019, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 55.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **June 13, 2019**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1