# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ELLIOTT, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT ROSS, et al.,<br><br>        Defendants. | Case No. 1:17-cv-01214-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO EITHER FILE DISPOSITIONAL DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER FOLLOWING SETTLEMENT OF THE ACTION<br><br>(ECF No. 56)<br><br>FIVE DAY DEADLINE |

On June 12, 2019, a notice of settlement of this action in its entirety was filed. (ECF No. 55.) On June 13, 2019, an order was filed requiring the parties to file dispositional documents within thirty days. (ECF No. 56.) More than thirty days have passed and dispositional documents have not been filed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

1

Accordingly, IT IS HEREBY ORDERED that, within five (5) days of the date of entry of this order, the parties shall either 1) file dispositional documents; or 2) SHOW CAUSE in writing why this action should not be dismissed for their failure to comply with the Court's order as the matter has settled.

IT IS SO ORDERED.

Dated: **July 17, 2019**

UNITED STATES MAGISTRATE JUDGE